THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAYNE HARGROVE, Appellant, v WAYNE STRACK et al., Respondents.

[644 NYS2d 631]

Habeas corpus relief is not available to the petitioner because he has failed to establish that the granting of the writ would result in his immediate release *(see, People ex rel. Kaplan v Commissioner of Correction of City of N. Y.,* 60 NY2d 648; *People ex rel. DeFlumer v Strack,* 212 AD2d 555).

In any event, a writ of habeas corpus is not generally available to raise issues that should have been raised on direct appeal *(see, People ex rel. Batista v Walker,* 198 AD2d 865; *People ex rel. Grady v LeFevre,* 152 AD2d 850). Sullivan, J. P., Joy, Krausman and McGinity, JJ., concur.